NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3174

JEFFREY P. DISHART,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Nicholas Woodfield, The Employment Law Group, P.C., of Washington, DC, argued for petitioner.  With him on the brief was R. Scott Oswald.

Meredyth Cohen Havasy, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Sameer P. Yerawadekar, Trial Attorney.  Of counsel on the brief was Michael N. Spargo, Associate Legal Advisor, Immigration and Customs Enforcement, United States Department of Homeland Security, of Williston, Vermont.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3174

JEFFREY P. DISHART,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        DC4324080362-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, BRYSON, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED : December 23, 2009        /s/ Jan Horbaly
                                 Jan Horbaly, Clerk